IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WALKER MACHINE TOOL SOLUTIONS, INC., | ) CASE NO. 19-04553-DSC11 |
| | ) CHAPTER 11 |
| | ) |
| EIN: XX-XXX0899 | ) |
| | ) |
| DEBTOR. | ) |

**DEBTOR'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF ALABAMA, NORTHERN DIVISION PURSUANT TO 28 U.S.C. § 1412**

COMES NOW, Walker Machine Tool Solutions, Inc., debtor and debtor-in-possession ("Debtor"), pursuant to 28 U.S.C. § 1412 and Fed. R. Bank. P. 1014, and moves for entry of an Order transferring its chapter 11 case to the United States Bankruptcy Court for the Northern District of Alabama, Northern Division in the interest of justice or for the convenience of the parties.

**INTRODUCTION**

1. Debtor's principal place of business is located in Jefferson County, Alabama, in the Northern District of Alabama, Southern Division.

2. The filing in this district was proper pursuant to 28 U.S.C. § 1408 <u>only</u> because Debtor's warehouse is domiciled in Birmingham, Alabama.

3. The principles of Debtor, including Debtor's books and records are located in Trinity, Alabama, which is located in the Northern Division.

4. The Debtor's proposed counsel of record is located in Madison County, Alabama, also located in the Northern Division.

5. Although Debtor claims that its place of business is in Birmingham, Alabama, the Debtor is no longer in operation. In any event, Debtor filed this case in the Northern District of Alabama, Southern Division.

6. The transfer of venue to the Northern District of Alabama, Northern Division will not prejudice any parties in interest.

7. The transfer of venue of this chapter 11 case is in the best interest of the Debtor's creditors.

8. The transfer will enhance judicial economy because the Northern District of Alabama, Northern Division venue optimally suits the persons best situated to value Debtor's principal assets, to be heard regarding the terms of a chapter 11 plan, and to protect its interest in the event of Debtor's liquidation.

## FACTUAL BACKGROUND

9. The Debtor filed for Chapter 11 relief in this Court on November 5, 2019 (the "Petition Date").

10. The only basis for divisional venue in the Northern District of Alabama, Southern Division could be Debtor's business location in Birmingham, Alabama.

11. The Debtor's principal place of business is in Jefferson County, Alabama.

12. Although Debtor claims that its warehouse is in Birmingham, Alabama, the Debtor is no longer in operation. In any event, Debtor filed this case in the Northern District of Alabama, Southern Division.

13. The Debtor's bank accounts are located in Morgan County, Alabama.

14. The Debtor's books and records are located in Morgan County, Alabama.

15. The Debtor's principles are located in Morgan County, Alabama.

16. Even Debtor's proposed counsel of record is located in Madison County, Alabama.

## BRIEF IN SUPPORT

**A.  Venue is Proper in the Northern District of Alabama, Northern Division.**

Venue is proper in the Northern District of Alabama, Northern Division pursuant to 28 U.S.C. § 1408(1).  Generally, this provision states that venue is proper in the district:

> (1) in which the domicile, residence, principal place of business in the United States, or principal assets in the United States, of the person or entity that is the subject of such case have been located for the one hundred and eighty days immediately preceding such commencement, or for a longer portion of such one-hundred-and-eighty-day period than the domicile, residence, or principal place of business, in the United States, or principal assets in the United States, of such person were located in any other district;…

28 U.S.C. § 1408(1).

The Debtor's business is no longer in operation.  Debtor's principles, books and records and bank accounts are located in Morgan County, Alabama.  Debtor's proposed counsel of record is located in Madison County, Alabama.  Therefore, a transfer of this chapter 11 proceeding to the Northern District of Alabama, Northern Division is proper.

**B.  This Court Should Transfer Venue of this Chapter 11 Proceeding to the Northern District of Alabama, Northern Division in the Interest of Justice or for the Convenience of the Parties.**

Debtor has represented to the Court that although its business is located in Jefferson County, Alabama, it is no longer in operation.  Debtor's bank accounts, books and records and principles are located in Morgan County, Alabama.  Debtor's proposed counsel of record is located in Madison County, Alabama. The Northern District of Alabama, Northern Division is much more convenient for all interested parties.  The proximity of interested parties weighs heavily in favor of transferring venue.

3

In light of these considerations, the mere fact that Debtor is domiciled in Jefferson County bears little weight. Because transfer of venue will promote efficient administration of the estate, Debtor will sustain no economic harm if the Court transfers venue. Moreover, any expense incurred by the Debtor due to venue transfer will be slight relative to the economic harm that other interested parties will sustain if this case remains in the Northern District of Alabama, Southern Division. Therefore, the Court should grant this Motion in the interest of justice or for the convenience of the parties.

WHEREFORE, premises considered, Walker Machine Tool Solutions, Inc. prays that the Court grant this Motion and transfer this case to the Northern District of Alabama, Northern Division and for such other and further relief as is just.

Respectfully submitted on November 7, 2019.

                                                        */s/ Stuart M. Maples*
                                                        STUART M. MAPLES
                                                        (ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

5

## CERTIFICATE OF SERVICE

   I do hereby certify that on November 7, 2019, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

All parties requesting notice
All parties on the matrix attached hereto

                        */s/ Stuart M. Maples*
                        STUART M. MAPLES

5