## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WALKER MACHINE TOOL | ) | CASE NO. 19-04553-DSC11 |
| SOLUTIONS, INC., | ) | CHAPTER 11 |
| | ) | |
| EIN: XX-XXX0899 | ) | |
| | ) | |
| DEBTOR. | ) | |

### DEBTOR'S MOTION TO SELL ASSETS, BY ONLINE-ONLY AUCTION, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANECES

COMES NOW Walker Machine Tool Solutions, Inc. ("Debtor"), as debtor and debtor-in-possession, by and through undersigned counsel, pursuant to §§ 105(a) and 363 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), and moves this Court for entry of an order authorizing Debtor to sell certain assets, by online-only auction, free and clear of liens and other interests except as otherwise stated herein. In support of this Motion, Debtor states as follows:

### JURISDICTION

1.      This Court has jurisdiction to consider this Motion pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue of this case and this Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. The legal predicates for the relief requested herein are Bankruptcy Code §§ 105(a) and 363(b).

2.      Pursuant to Bankruptcy Rule 9006(c), Debtor requests a reduction in time so as to conduct the sale of assets by pubic auction on April 29, 2020.

## BACKGROUND

3.　　　On November 5, 2019 (the "Commencement Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code").

4.　　　A description of the property (hereinafter, the "Assets") included in the estate is attached hereto as Exhibit A.

5.　　　Debtor proposes to sell all of the estate's right, title and interest in the Assets described herein.

6.　　　On December 16, 2019, Debtor filed an Application to Employ Prestige Equipment as Broker for Private Sale of Equipment and Inventory *nunc pro tunc* to help facilitate the sale of the Assets. [Doc 31]. The Court approved Debtor's employment of Prestige Equipment on January 31, 2020. [Doc 39].

7.　　　Prestige Equipment completed cataloguing and lotting the Assets and is prepared to conduct a timed, online-only auction through Bidspotter.com to be held on April 29, 2020.

## LEGAL AUTHORITY

8.　　　Section 363(b)(1) of the Bankruptcy Code provides that a debtor in possession, "after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1). A debtor-in-possession is given these rights by §1107(a) of the Bankruptcy Code and § 105(a) provides that bankruptcy courts "may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title."

9.　　　Debtor has determined, in its sound business judgment, that proceeding with the sale as requested in this Motion is in the best interests of the estate and its creditors. "[T]he proper standard to use when considering a proposed motion to sell is the business judgment test. [It is this

2

standard which has been adopted by the vast majority of courts." *In re Diplomat Const., Inc.,* 481 B.R. 215, 218-219 (Bankr. N.D.Ga. 2012) (MGD) (citations omitted); *In re ASARCO, L.L.C.,* 650 F.3d 593, 601 (5th Cir. 2011) ("Section 363 of the Bankruptcy Code addresses the debtor's use of property of the estate and incorporates a business judgment standard."). Sound business judgment exists in support of the sale, in that the sale will liquidate an unused asset, which would be expensive to move from its current location. The proposed sale will generate cash for use in the estate. Thus, this Court should grant the relief requested in this Motion if Debtor demonstrates a sound business justification therefor.

10. Debtor's sale of the Assets satisfies the requirements of Section 363(f) of the Bankruptcy Code to sell the assets free and clear of all liens, claims, interests, and encumbrances. Section 363(f) states:

(f)     The trustee may sell property under subsection (b) or (c) of this section free and clear of any interest in such property of an entity other than the estate, only if:

(1)     applicable non-bankruptcy law permits sale of such property free and clear of such interest;
(2)     such entity consents;
(3)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
(4)     such interest is in bona fide dispute; or
(5)     such entity could be compelled, in a legal or equitable proceeding, to accept money satisfaction of such interest.

11. Because section 363(f) of the Bankruptcy Code is phrased in the disjunctive, when proceeding pursuant to Section 363(b), it is only necessary to meet one of the five conditions of Section 363(f). With respect to any other entity asserting a lien, claim, or encumbrance against the Assets, the Debtor anticipates that it will be able to satisfy one or more of the conditions set forth in Section 363(f) of the Bankruptcy Code. Any entity holding a lien on the Assets will receive notice of this Motion, and such entity will be deemed to consent if it does not object. *See Hargrave*

3

*v. Township of Pemberton* (*In re Tabone, Inc.*), 175 B.R. 855, 858 (Bankr. D.N.J. 1994) (failure to object to sale free and clear of liens, claims and encumbrances satisfies section 363(f)(2)); *Citicorp Homeowners Serv., Inc. v. Elliot* (*In re Elliot*), 94 B.R. 343, 345 (E.D. Pa. 1988). The sale proposed herein meets at least one of the 363(f) requirements.

## RELIEF REQUESTED

The proposed sale qualifies under Bankruptcy Code Sections 363(f)(1) and (2); accordingly, Debtor moves the Court as follows:

A.    To order a hearing on this matter;

B.    Upon such hearing, to approve the proposed sale and grant Debtor the authority to sell the Assets identified herein; and to execute any instrument necessary by order of the Court, or otherwise, to effect the transfer to a purchaser, pursuant to Fed. R. Bankr. P. 6004(f)(2);

C.    To approve the sale free and clear of all liens and interests, and should it appear that there are parties claiming an interest in the Assets to be sold, to approve and confirm the sale nevertheless, and to order Debtor to hold the consideration paid on the date of the sale until the dispute can be resolved; and

D.    To grant such other, further and different relief as may be proper in the premises to effect the sale of the said .

## NOTICE OF SALE

Bankruptcy Rule 2002(a) and (c) requires Debtor to notify all creditors of the proposed sale of the Assets identified herein. Service of this Motion shall be provided by U.S. Mail to the creditor matrix and to all parties who have registered as a participant in the CM/ECF System for the United States Bankruptcy Court for the Northern District of Alabama pursuant to Fed. R. Bankr. P. 9036.

4

Respectfully submitted this the 13th day of March, 2020.

/s/ Stuart M. Maples

STUART M. MAPLES
(ASB-1974-S69S)

## CERTIFICATE OF SERVICE

I do hereby certify that on March 13, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

All parties requesting notice via CM/ECF

I do hereby certify that on March 13, 2020, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first-class postage prepaid.

Prestige Equipment
c/o Adam Herman
35 Pinelawn Rd., Suite 203W
Melville, New York  11747

All parties on the matrix attached hereto

/s/ Stuart M. Maples

STUART M. MAPLES

5

```
Label Matrix for local noticing          DCR Mortgage Partners IX, LP          LAH Commercial Real Estate
1126-2                                    c/o Baker Donelson                    c/o Blake Greeves
Case 19-04553-DSC11                       420 20th Street N.                    2850 Cahaba Road, Ste. 200
NORTHERN DISTRICT OF ALABAMA              Suite 1400                            Birmingham, AL 35223-2361
Birmingham                                Birmingham, AL 35203-3221
Fri Mar 13 11:32:52 CDT 2020

Prestige Equipment                        Walker Machine Tool Solutions, Inc.   U. S. Bankruptcy Court
Attn: Adam Herman                         P.O. Box 339                          Robert S. Vance Federal Building
35 Pinelawn Rd Ste 203W                   Trinity, AL 35673-0003                1800 5th Avenue North
Melville, NY 11747-3177                                                         Birmingham, AL 35203-2111


Alabama Department of Revenue             American Express                      American Express National Bank
PO Box 327483                             PO Box  650448                        c/o Becket and Lee LLP
Montgomery, AL 36132-7483                 Dallas, TX 75265-0448                 PO Box 3001
                                                                                Malvern  PA 19355-0701


Department of Revenue                     General Counsel                       (p)INTERNAL REVENUE SERVICE
Jefferson County Courthouse               State Department of                   CENTRALIZED INSOLVENCY OPERATIONS
Birmingham  AL  35203                     Industrial Relations                  PO BOX 7346
                                          Montgomery  AL  36102                 PHILADELPHIA PA 19101-7346


Internal Revenue Service                  Joyce White Vance                     Loretta Lynch US Attorney General
P.O. Box 7346                             US Attorney General                   US Dept. of Justice
Philadelphia, PA  19101-7346              1801 4th Ave North                    950 Pennsylvania Ave NW
                                          Birmingham, AL 35203-2101             Washington, DC 20530-0009


Luther Strange                            Regions Bank                          Regions Bank
Alabama Attorney General                  PO Box 12926                          PO Box 1994
PO Box 300152                             Birmingham, AL 35202-2926             Birmingham, AL 35201-1994
Montgomery, AL 36130-0152


Samual C. Pierce                          Secretary of the Treasury             State of Alabama
Baker, Donelson, Bearman et al.           1500 Pennsylvania Ave., NW            Department of Revenue Legal Division
420 20th Street North                     Washington, DC 20220-0001             PO Box 320001
Birmingham, AL 35203-5200                                                       Montgomery, AL 36132-0001


State of Alabama Dept of Revenue          U.S. Securities and Exchange Commission   United States Attorney
P O Box 320001                            Branch of Reorganization              Northern District of Alabama
Montgomery  AL 36132-0001                 950 East Paces Ferry Road Ste 900     1801 Fourth Avenue North
                                          Atlanta, GA 30326-1382                Birmingham, AL 35203-2101


J. Thomas Corbett                         Jon A Dudeck                          Stuart M Maples
Bankruptcy Administrator                  Bankruptcy Administrator-Bham Office  Maples Law Firm, PC
1800 5th Avenue North                     1800 5th Ave N Rm 132                 200 Clinton Avenue W.
Birmingham, AL 35203-2111                 Birmingham, AL 35203-2126             Suite 1000
                                                                                Huntsville, AL 35801-4919
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              (d)Internal Revenue Service
801 Tom Martin Dr                     P O Box 21126
Birmingham AL 35211                   Philadelphia PA 19114
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)American Express           (d)Internal Revenue Service         (d)Regions Bank
PO Box 650448                 Centralized Insolvency Operations   PO Box 12926
Dallas, TX 75265-0448         PO Box 7346                         Birmingham, AL 35202-2926
                              Philadelphia, PA 19101-7346
```

```
End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29
```