Walker Machine Tool asset list

| Item | Photo | # | Make | Model | S/N | Year | Condition | Description |
|---|---|---|---|---|---|---|---|---|
| 1 | 1-8 | | Monarch | VMC40 | 0640001 | 2006 | | VMC, Fanuc Series 18i-MB Control, Chip Conveyor, Side Mount, 24 Station ATC, Thru Spindle Coolant,, Cat 40 Tooling, 20"X45" Table, 24" Under Spindle |
| 2 | 9-14 | | Mitutoya Bright | BRT1220 | 0905712 | | | 6'X9'10" Granite, Renshaw MP10 Probe, 59"x48" Under Bridge |
| 3 | 15-23 | | Haas | VF-7 VMC | 12192 | 1997 | | VMC, Wired For 4th Axis, Umbrella Style ATC, Cat 50 Tooling, 30 HP, 28"X84" Table, Gear Driven, 2 Speed Head, Tool Probing, 28 1/2" Under Spindle, 84"X32" Travels, 24" Z Travel, Chip Auger |
| 4 | 24-30 | | Hyster | E80XL | 0098V06198X | | | Electric Forklift, 52" Forks, 10,000 LB Capacity, 48 Volt, 2 Stage Mast, Cushion Tires, Monotrol, ROPS |
| 5 | 31-39 | | Devlieg | JMC4340 | 10228 | | | JigMill, Fanuc Control ?, Tool Changer (Not Connected), 32 Station Side Mount, Hydraulic 4th Axis Table, 30"X30", Preducto Rotary Table Model 0130, S/N K623, Vertical Travel, 40" Y Travel, Red Cap Servos (Not In Service) |
| 6 | 40-48 | | Haas | VF5/ 50 | 29757 | 2002 | | 30 Station Side Mount ATC, 30 HP, 2 Speed Gear Drive, 7500 RPM, Thru Spindle Coolant, 23"X52" Table, 34" Under Spindle, Chip Auger, Wired For 4th Axis, Heads Removed For Service |
| 7 | 49-55 | | Haas | VF3 | 328 | 1994 | | Wired For 4th Axis, 20 Station Umbrella Style ATC, Cat 40 Tooling, 18"X48" Table, Chip Auger |
| 8 | 56-68 | | Lucas Precision | 542B-120 | 42B4318 | | | Horizontal Boring Mill, 120" Left to Right Travel, Ball Screws, 48"X110" Table, 60" of Y Travel, 5" Spindle, 50 MMT |
| 9 | 69-74 | | Gallmeyer & Livingston | No. 65 | S-65225 | | | Semi-Automatic Hydraulic Surface Grinder With Electromagnetic Chuck With Neutrol II Control,With Incremental Downfeed |
| 10 | 75-79 | | Marvel | 8 | S8681154 | | | Vertical Band Saw, Tilting Head, 18"X18" Capacity, Chip Pans, 1" Blade |
| 11 | 80-81 | | Gullco | 350 | | | | Rod Oven, 1500 Watts, 150-550 Degrees Farenheit, 16"X14"X20" Deep |
| 12 | 82-83 | | | | | | | (2) 55 Gallon Shop Vacs |
| 13 | 84-85 | | | | | | | 20 Gallon Shop Vac |
| 14 | 86 | | | | | | | 2 Sections Pallet Racking, 3 Stages High, With Misc. Parts, Bearings, Hydraulic Cylinders, Etc. |
| 15 | 87 | | | | | | | Rack Of Misc. Set Up Blocks |
| 16 | 89 | | | | | | | (2) 10"X15" T-Slotted Tilting Tables |
| 17 | 90-92 | | Ingersoll-Rand | SSR-EP25SE | | | | Rotary Screw Air Compressor, 95 CFN, 25 HP, 32956 Hours |
| 18 | 93-96 | | Ingersoll-Rand | DXR100 | 96JDXR4786 | 1996 | | Air Dryer, R134A |
| 19 | 97-98 | | | | | | | 6Cu. Foot Holding Tank |
| 20 | 99-100 | | Charge Max | C20-48.5 | 12673 | | | Coil Hook 20,000 On Stand, 4' Throat |

| Item | Photo | # | Make | Model | S/N | Year | Condition | Description |
|---|---|---|---|---|---|---|---|---|
| 21 | 101-102 | | Speedaire | | | | | Reciprocating Air Compressor, 5 HP, 2 Stage Tank Mounted |
| 22 | 103 | | | | | | | 42"X18"X66" High Flammable Storage Locker |
| 23 | 104 | | Baldor | | | | | Pedestal Grinder, 7", .5 HP Motor |
| 24 | 105 | | | | | | | 16" Disc Grinder |
| 25 | 106 | | | | | | | Bander Cart |
| 26 | 107 | | | | | | | Acetylene Torch |
| 27 | 108-111 | | | | | | | Annealing Oven, Electric, 12"X12"X8" High Chamber, |
| 28 | 112 | | | | | | | Cylindrical Square, 42"X8" |
| 29 | 113 | | | | | | | Lot Of Hoppers, Wirebaskets, Push Cart, Dolleys. |
| 30 | 114 | | | | | | | 4'X4' Box Of Misc Hand Tools, Tool Holders Etc |
| 31 | 115 | | Mitutoya | | | | | 36" Height Gage |
| 32 | 116 | | Exide | Load Hog | | | | 48 Volt Battery Charger |
| 33 | 117 | | | | | | | Lot Of Rigging Equipment- Straps, Chains, Eye Bolts, Etc. |
| 34 | 118 | | Wilson | | | | | Wilson Hardness Tester, Rockwell C With Standards. |
| 35 | 119 | | | | | | | 4'X4" Box With Tools, Precision Measuring Instruments, Torque Wrenches, Etc. |
| 36 | 121 | | Renishaw | | | | | Interface And Controllers For CMM, PHC Controller, PI 200 Probe Interface |
| | 122,123 | | Faro | ION | | | | Ion Laser Tracker Portable CMM, |
| | 124 | | | | | | | 15 Drawer Blueprint File |
| | 120,121, 125-128, 129, 130 | | | | | | | Office Furniture- 5 Desks, Conference Table With 8 Chairs, Office Work Station, 4 Hanging File Cabinets, 6' Storage Lockers, 2 PC's |
| | | | | | | | | Misc. Battery Operated Hand Tools. |
| | 133-137 | | | | | | | 50 Ton Double Girder Top Running Bridge Crane, 60' Span, (2) 25 Ton Hoists |
| | 131,132, 138-146 | | | | | | | General views of facility |
| | | | | | | | | |
| | | | | | | | | **Second Location** |
| | 147-151 | | | | | | | General views of facility |
| | 152-155 | | SMW | Omnibar FSQ45 | | | | (2) CNC Bar Feeders, 16' Long |
| | 156-158 | | Jones & Shipman | 310 | BO#34592 | | | Tool & Cutter Grinder M/C #1147 14 |
| | 159 | | | | | | | (2) Shaper Vises, 12" |
| | 160 | | | | | | | Lot Of Tooling & Tool Holders |

| Item | Photo | # | Make | Model | S/N | Year | Condition | Description |
|---|---|---|---|---|---|---|---|---|
| | 161 | | | | | | | 6" Storage Locker With High Speed Twist Drills, Tape Reemers, Etc. |
| | 162 | | | | | | | 2'X2' Box Of Studs & Toe Clamps |
| | 163 | | | | | | | 3'X4' Box Of Wheels , Angle Brackets, Casters, Etc. |
| | 164 | | | | | | | 4'X4' Box Of Tool Cutters, End Mills, Etc. |
| | 165 | | | | | | | 6' Storage Locker Of Carbide Inserts, Drill Bits, Mill Cutters, Etc. |
| | 166 | | | | | | | 3'X3' Storage Bin Of Drill Bits, Mill Cutters, Etc. |
| | 167, 168 | | Miller | CP-300 | JJ501838 | | | Mig Welder With Miller S-54E Wire Feed |
| | 169-173 | | Hyster | S50XL | C187VD1544M | | | LP Forklift, 5,000 LBS, Side Shift, 3 Stage Mast, Cushion Tires, ROPS |
| | 174 | | | | | | | 4'X4' Box Of Cat 40 Tooling, Clamps, Hand Tools, Etc. |
| | 175 | | | | | | | 4'X4' Box Of Misc. Inspection Equipment, Dial Indicators, Etc. |
| | 176 | | Husky | | | | | Tool Box With Misc. Air Fittings. |
| | 177 | | | | | | | 4'X4' Skid With Head For VF5VMC |
| | 178 | | | | | | | 4'X4' Skid With Lathe Chucks, Etc. |
| | 179 | | | | | | | 2'X5' Work Table With Vises |
| | 180 | | | | | | | 2'X3' Cart With Soft Jaws |
| | 181-183 | | | | | | | (3) 4'X4' Box With Tool Holders, Shim Stock, Etc. |
| | 184-191 | | Okuma & Howa | ACT3 | 09081 | | | CNC Lathe With Fanuc System 3T Control, 12 Station Turret, 8" 3 Jaw Chuck |
| | 192 | | Sellers | 6-G | 02-3027 | | | Drill Grinder, 2 HP, 3" Capacity |
| | 193 | | | | | | | 26"X26"X48" Angle Plate |
| | 194 | | | | | | | Skid With Motors |
| | 195, 196 | | Doall | 26 | 264087 | | | Vertical Band Saw, 32"X32" Adjustable Table, Blade Welder Grinder |
| | 197 | | Doall | 1612 | 209-681709 | 1968 | | Vertical Band Saw |
| | 198 | | | | | | | Skid With Monarch 15M Control, Servos, Etc. |
| | 199 | | | | | | | Lot Of Misc. Brass, Steel, Stainless Round Stock, Etc. |
| | 200 | | | | | | | 10'X10" Storage Bins With Misc. Parts |
| | 201 | | | | | | | Tool Turret With Fanuc Red Cap Servo |
| | 202 | | | | | | | 6'X3' Storage Bin With Broche Tooling |
| | 203 | | | | | | | 8" Pedastal Grinder |
| | 204 | | Dewalt | | | | | 14" Radial Arm Saw, Wooden Table |

| Item | Photo # | Make | Model | S/N | Year | Condition | Description |
|------|---------|------|-------|-----|------|-----------|-------------|
| | 205-207 | Chevalier | FSG-1224AD | F1853002 | | | 3-Axis Automatic Surface Grinder With Coolant Filtration System |
| | 208 | Bridgeport | 1 | BR12-213007 | | | Vertical Mill, Variable Speed Head * X Axis Screw and Nut Removed |
| | 209, 210 | Bridgeport | 1 | BR12-195437 | | | Vertical Mill, 2 HP, Variable Speed Head, 9"X42" Table With Ball Screws X & Y, Newall DP700 DRO |
| | 211-214 | LeBlond | 20 | NF5118 | | | 20"X144" Gear Head Engine Lathe, 28" Actual Swing, 18-800 RPM, 18" 4 Jaw Chuck, Taper Attachment, 15" & 24" Steady Rests |
| | 215 | | | | | | 4'X4' Box With C Clamps, Micrometers, Sanding Pads, Consumables, Etc. |
| | 216 | Crystal Clean | | | | | Parts Washer 2'X3'X4' High With Agitator, Pump And Air Lift Basket |
| | 217 | | | | | | 3'X3" Steel Work Table With 6" Vise |
| | 218, 219 | Monarch | 88 | 87011941 | | | Gear Head Engine Lathe, 20.5"X72", 12-487 RPM, Newall DP7 DRO, 12" 3 Jaw Chuck, Aloris Tool Holders, 16" 4 Jaw Chuck, 7" Steady Rest |
| | 220 | Stanley-Vidmar | | | | | (2) 5- Drawer Cabinets |
| | 221 | | | | | | 4'X4' Box With Cat 40 Tool Holders, Misc Fixtures, Etc |
| | 222 | Yuasa | | | | | Powered 4th Axis 16" Faceplate, With Tail Stock. No Data Tag |
| | 223 | | | | | | 3'X4' Bin With Mill Cutters, Drill Bits, Etc |
| | 224 | | | | | | 2'X3' Shop Bench With 40 Taper Tool Rack |
| | 225 | | | | | | 50 Ton Enterpac, Adjustable Head, 4'X24"X6' High |
| | 226,227 | Acer | 1760G | | | | Engine Lathe With 12" 3 Jaw Chuck, 4 Way Tool Post, Newall DRO |
| | 228 | | | | | | Lot Of Storage Shelves |
| | 229 | | | | | | (3) 6' Storage Lockers |
| | 230 | MSC | | | | | Vertical Mill, 9"X49" Table, Power Feed, Anilam Wizard DRO |
| | 231 | | | | | | Skid With Rigging Straps, Servo Motors |
| | 232 | | | | | | 2'X3' Table With Misc |
| | 233 | | | | | | 42"X51"X8" Thick Granite Plate |
| | 234-239 | Okuma & Howa | ACT3 | | | | 12 Station Turret, 8" 3 Jaw Chuck, Fanuc System 10T CNC Control |
| | 240 | | | | | | 2'X3' Shop Cart |
| | 241 | | | | | | 2 Sections Interlake Pallet Racking With Misc. Parts |
| | 242 | | | | | | (2) 3'X3' Storage Bins With Bolts, Fasteners, Etc. |

| Item | Photo | # | Make | Model | S/N | Year | Condition | Description |
|---|---|---|---|---|---|---|---|---|
| | 243-245 | | | | | | | (3) 4'X4' Boxes With Parts, Hoses, Bearings, Tools, Etc |
| | 246 | | | | | | | Skid With Broach Tooling |
| | 247 | | | | | | | 4'X4' Skid With Misc. Tooling And Parts. |
| | 248 | | | | | | | 2'X3' Cart With Mill Cutters, Drill Bits, Hand Tools, Etc. |
| | 249 | | | | | | | (2) 1 Yard Self Dumping Hoppers |
| | 250-252 | | | | | | | Misc. Office Furnishings Including 3 Hanging File Cabinets |
| | 253-255 | | Gaffey | 10 Ton | | | | 10 Ton Crane, Double Girder, Top Running, 58' Span |
| | 256 | | | | | | | 12' High Cantilever Stock Rack With #' Arms Both Sides, With Contents |
| | 257 | | Custom Designed & Fabricated | | | | | 12' Pedestal Jib Crane, 2 Ton Eaton Electric Hoist |
| | 258 | | Ridgid | | | | | Abrasive Cut Off Saw, 16" |
| | 259 | | | | | | | 12" Shaper Vise, Timken Bearings In Box |
| | 260 | | Bridgeport | | | | | Dividing Head |
| | 261 | | | | | | | Back Shed Area |