IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WALKER MACHINE TOOL SOLUTIONS, INC., | ) | CASE NO. 19-04553-DSC11 |
| | ) | CHAPTER 11 |
| EIN: XX-XXX0899 | ) | |
| | ) | |
| DEBTOR. | ) | |

**ORDER APPROVING DEBTOR'S MOTION TO SELL ASSETS, BY ONLINE-ONLY AUCTION, FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANECES**

This matter came before the Court on the Motion to Sell Assets, by Online-Only Auction, Free and Clear of All Liens, Claims and Encumbrances (the "Motion") [Doc. 47] filed by Walker Machine Tool Solutions, Inc. ("Debtor"). Capitalized terms not otherwise defined herein shall have the meaning attributable to them in the Motion. Based on the Motion, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor's proposed sale of the Assets is **APPROVED**.

3. The Debtor is hereby granted authority to execute all documents and take all action necessary and appropriate to implement, consummate, effect, confirm, and conduct a timed, online-only auction through Bidspotter.com to be held on April 29, 2020; consistent with the terms detailed in the Motion.

4. Notwithstanding Bankruptcy Rules 6004 and 6006, this Order shall be effective and enforceable immediately upon entry and its provisions shall be self-executing.

5. The Debtor, the Auctioneer and the Secured Lender will consult on necessary and reasonable reserve procedures for the Auction.

6. The Court finds that the purchase of the property as described in the Motion will be made in good faith.

7. This Court shall retain jurisdiction over any matter or dispute arising from or relating to the implementation of this Order.

Dated this the 16th day of April 2020.

/s/ D. Sims Crawford
D. SIMS CRAWFORD
United States Bankruptcy Judge