IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| WALKER MACHINE TOOL SOLUTIONS, INC., | ) CASE NO. 19-04553-DSC11 |
| | ) CHAPTER 11 |
| | ) |
| EIN: XX-XXX0899 | ) |
| | ) |
| DEBTOR. | ) |

## MOTION TO APPROVE SALE

COMES NOW Walker Machine Tool Solutions, Inc., and moves this Court to approve the sale of one (1) Conex trailer to Jeff Osborne in the amount of $2,200.00. The sale of the trailer will not adversely affect the creditors in this matter. The sale is fair and reasonable and is subject to the lien of DCR Mortgage Partners IX, LP.

WHEREFORE, premises considered, the debtor prays that this Court allow the sale of the Conex trailer to Jeff Osborne in the amount of $2,200.00, and for such other and further relief as this Court deems just and proper.

/s/Stuart M. Maples
STUART M. MAPLES

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
(256) 489-9779 – Telephone
(256) 489-9720 – Facsimile
smaples@mapleslawfirmpc.com

# CERTIFICATE OF SERVICE

I do hereby certify that on July 15, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

All parties requesting notice via CM/ECF

I do hereby certify that on July 15, 2020, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first-class postage prepaid.

All parties on the matrix

*/s/ Stuart M. Maples*
Stuart M. Maples