**Fill in this information to identify the case:**

Debtor name: **Walker Machine Tool Solutions, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property         12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:   Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                          Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Regions Bank | Business Checking - Pay Roll | 2080 | $233.88 |
| 3.2. | Regions Bank | Busniess Money Market | 6495 | $27.44 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                    **$261.32**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:   Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

**Part 4:   Investments**

Official Form 206A/B                              Schedule A/B Assets - Real and Personal Property                                page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Walker Machine Tool Solutions, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

13. **Does the debtor own any investments?**

   ■ No. Go to Part 5.
   ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No. Go to Part 6.
   ■ Yes Fill in the information below.

| | **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Hundreds of Carbide Inserts** | 9/10/2019 | $10,000.00 | Comparable sale | $10,000.00 |
| | **Hundreds of HSS Twist Drills- #80 3"** | 9/10/2019 | $6,000.00 | Comparable sale | $6,000.00 |
| | **Hundreds of HSS Ends Mills 1/8" - 3"** | 9/10/2019 | $5,000.00 | Comparable sale | $5,000.00 |
| | **Various Abrasives, Wire Wheels, Sanding Discs, Buffing Wheels, Carbide Burrs, Grinding Wheels, Hand Grinders, Die Grinders** | 9/10/2019 | $3,000.00 | Comparable sale | $3,000.00 |
| | **Various sizes of LIfting & RIgging Equipment, Nylon Straps, Kevlar Staps, Chains, Cables, Eye Bolts, Clevis, Shacles** | 9/10/2019 | $10,000.00 | Comparable sale | $10,000.00 |
| | **Hundreds of Taps & Dies in various sizes 10-32 to 2-1/2" Standard/ Metric 1.5 - 36mm** | 9/10/2019 | $4,000.00 | Comparable sale | $4,000.00 |
| | **USS Spare Parts for PMC Threaders** | 9/10/20169 | $125,000.00 | Comparable sale | $125,000.00 |
| | **Spare Parts for FCR Heads on Thread Line** | 9/10/2019 | $110,000.00 | Comparable sale | $110,000.00 |
| | **Job Boxes** | 9/10/2019 | $3,000.00 | Comparable sale | $3,000.00 |

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 2
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 19-04553-DSC11    Doc 1    Filed 11/05/19    Entered 11/05/19 15:11:47    Desc Main
Case 19-04553-DSC11    Doc 78-1    Filed 08/07/20    Entered 08/07/20 12:57:08    Desc
Document    Page 23 of 83
Exhibit A    Page 2 of 8

Debtor **Walker Machine Tool Solutions, Inc.**  Case number *(If known)* _____
Name

| | | | | |
|---|---|---|---|---|
| **Carbide Face Mills, End Mills & Feed Mills** | 9/10/2019 | $10,000.00 | Comparable sale | $10,000.00 |

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

23. **Total of Part 5.**                                                                                                                                        $286,000.00

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**11 Desks** | $1,650.00 | Comparable sale | $1,650.00 |
| | **12 desk chairs** | $900.00 | Comparable sale | $900.00 |
| | **2 large conference tables w/ 16 chairs** | $2,000.00 | Comparable sale | $2,000.00 |
| | **16 large filing cabinets** | $4,800.00 | Comparable sale | $4,800.00 |
| | **1 industrial drawing board** | $600.00 | Comparable sale | $600.00 |
| | **2 large blue print files** | $1,000.00 | Comparable sale | $1,000.00 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor **Walker Machine Tool Solutions, Inc.**     Case number *(If known)* _____
        Name

| | | | |
|---|---:|---|---:|
| **10 steel bookcases** | $3,000.00 | Comparable sale | $3,000.00 |
| 40. **Office fixtures**<br>**ADT Alarms** | $0.00 | | $0.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**3 desk top computers** | $1,500.00 | Comparable sale | $1,500.00 |
| **2 lap tops** | $800.00 | Comparable sale | $800.00 |
| **3 printers** | $750.00 | Comparable sale | $750.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                                                                    $17,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---:|---|---:|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 14' Car Hauler**<br>**VIN 4P77142E07F019115** | $1,000.00 | | $1,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    **DoAll Vertical Band Saw 16"**                            $3,500.00                                     $3,500.00

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                                 page 4
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case 19-04553-DSC11    Doc 79-1    Filed 08/07/20    Entered 08/07/20 12:57:08    Desc
                      Exhibit A    Page 4 of 8
Case 19-04553-DSC11    Doc 1    Filed 11/05/19    Entered 11/05/19 15:21:47    Desc Main
                      Document    Page 40 of 33

| Debtor | Walker Machine Tool Solutions, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **DoAll Vertical Band Saw 26"** | $4,500.00 | | $4,500.00 |
| **Hyster Ford Truck 50 xl 2** | $7,500.00 | | $7,500.00 |
| **Chevalier Surface Grinder FSG 1224 AD** | $15,000.00 | | $15,000.00 |
| **Bridgeport Mill w/ DRO & Ball screws** | $7,500.00 | | $7,500.00 |
| **MSC Bridgeport Type Mill** | $4,000.00 | | $4,000.00 |
| **Bridgeport Mill** | $4,000.00 | | $4,000.00 |
| **Leblonde Lathe 20" x 14'** | $15,000.00 | | $15,000.00 |
| **Monarch Lathe 20" x 6'** | $8,000.00 | | $8,000.00 |
| **Acer Lathe 17" x 5'** | $7,500.00 | | $7,500.00 |
| **Okuma Howa CNC Lathe Act3 w/ Fanuc 10T Controls** | $15,000.00 | | $15,000.00 |
| **Enerpac 50 Ton H Press** | $5,000.00 | | $5,000.00 |
| **Haas VF7 VMC** | $55,000.00 | | $55,000.00 |
| **Haas VF5 VMC** | $40,000.00 | | $40,000.00 |
| **Haas VF3 VMC** | $20,000.00 | | $20,000.00 |
| **Marvel Vertical Band Saw** | $7,500.00 | | $7,500.00 |
| **Monarch VMC-40 with Fanuc18i-MB Controls** | $30,000.00 | | $30,000.00 |
| **Hyster Fork Truck E80-XL** | $10,000.00 | | $10,000.00 |
| **Devlieg JMC4340 Jig Mill with CNC Rotary table & Fanuc Controls** | $25,000.00 | | $25,000.00 |
| **Mitutoyo CMM Bright** | $45,000.00 | | $45,000.00 |
| **API Radian Laser Tracker with Spacial Analyzer Software** | $50,000.00 | | $50,000.00 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 5
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 19-04553-DSC11 Doc 1 Filed 11/05/19 Entered 11/05/19 15:21:47 Desc Main
Document Page 5 of 8

Case 19-04553-DSC11 Doc 73-1 Filed 08/07/20 Entered 08/07/20 12:57:08 Desc
Exhibit A Page 11 of 33

Debtor **Walker Machine Tool Solutions, Inc.**           Case number *(If known)*
         Name

| | | | |
|---|---|---|---|
| **API I360 Intelli-Probe** | $20,000.00 | | $20,000.00 |
| **API OT2 Laser Tracker** | $30,000.00 | | $30,000.00 |
| **Mag Drills & Porta Band Saws** | $3,000.00 | Comparable sale | $3,000.00 |
| **Power & Hand Scrappers** | $6,000.00 | Comparable sale | $6,000.00 |
| **Wide Variety of Hand Toolds, Millwright & Field Service, Specialty** | $40,000.00 | Comparable sale | $40,000.00 |

51. **Total of Part 8.**                                                                                                    $479,000.00

    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1320 Adamsville Industrial Pkwy Birmingham, AL 35224** | | $618,600.00 | Tax records | $618,600.00 |
| 55.2. **4615 Main Street Adamsville, AL 35005** | | $349,500.00 | Appraisal | $349,500.00 |

56. **Total of Part 9.**                                                                                                    $968,100.00

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No

Official Form 206A/B           Schedule A/B Assets - Real and Personal Property           page 6
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 19-04553-DSC11   Doc 1   Filed 11/05/19   Entered 11/05/19 15:11:47   Desc Main
                              Document      Page 12 of 33
Case 19-04553-DSC11   Doc 79-1   Filed 08/07/20   Entered 08/07/20 12:57:08   Desc
                              Exhibit A    Page 6 of 8

Debtor **Walker Machine Tool Solutions, Inc.**     Case number *(If known)* _____
     Name

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor **Walker Machine Tool Solutions, Inc.**  Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $261.32 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $286,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $479,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................> | | $968,100.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $782,261.32 | + 91b. $968,100.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,750,361.32 |

Official Form 206A/B  Schedule A/B Assets - Real and Personal Property  page 8
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 19-04553-DSC11  Doc 1  Filed 11/05/19  Entered 11/05/19 15:21:47  Desc Main
Case 19-04553-DSC11  Doc 73-1  Filed 08/07/20  Entered 08/07/20 12:57:08  Desc
Document  Page 8 of 8
Exhibit A  Page 14 of 33