

# For Sale

## Property Address: 4615 Main Street, Adamsville, AL 35005





- 8,000 ± SF light industrial building on 0.73 ± AC lot
- Includes small office and apartment
- Close to city park, downtown and municipal buildings
- Built in 2000
- One 10-ton crane
- Parcel ID #15-00-34-3-030-001.000



## Sale Price: $325,000

**Durham Ellis -** 205-914-6600 - durhamellis@lahcommercial.com

LAH Commercial Real Estate, 2850 Cahaba Road, Suite 200, Birmingham, AL 35223 - Office: (205)870-8580

© 2020 LAH Commercial Real Estate, LLC          Information deemed reliable, but subject to verification