

# For Sale

**Property Address: 1320 Adamsville Industrial Blvd, Adamsville, AL 35224**



- 9,900 ± SF building in Adamsville Industrial Park
- Includes small office
- Signage opportunity on Minor Parkway
- Located on 1.94 ± AC lot
- Rails for 50-ton crane
- Partially fenced yard
- Parcel ID #21-00-23-2-000-008.000



## Sale Price: $525,000

**Durham Ellis** - 205-914-6600 - durhamellis@lahcommercial.com

LAH Commercial Real Estate, 2850 Cahaba Road, Suite 200, Birmingham, AL 35223 - Office: (205)870-8580

© 2020 LAH Commercial Real Estate LLC    Information deemed reliable, but subject to verification