**WALKER MACHINE TOOL AUCTION STATEMENT**

| | |
|---|---:|
| TOTAL HAMMER PRICE (PER LOT REPORT) | $ 138,055.00 |
| LESS: PRESTIGE 10% COMMISSION | $ (13,805.50) |
| LESS: PARTIAL REFUND ON LOT#66 - FARO ARM | $ (5,000.00) |
| LESS: PRESTIGE EXPENSE REIMBURSEMENT | $ (10,000.00) |
| LESS: PAYMENT TO LOCKSMITH | $ (274.00) |
| AUCTION PROCEEDS DUE WALKER | $ 108,975.50 |

NOTE: ACTUAL EXPENSES AS FOLLOWS

| | |
|---|---:|
| AUCTION SET UP WITH AUCTION READY | $ 10,525.68 |
| INSPECTION/WRITEUP - GULF COAST MACHINE | $ 1,000.00 |
| AUCTION FLYER/EMAIL BLAST | $ 725.00 |
| PAYMENT TO LOCKSMITH | $ 274.00 |
| | $ 12,524.68 |