**Fill in this information to identify the case:**

Debtor name: **Walker Machine Tool Solutions, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ALABAMA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ **968,100.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................. $ **782,261.32**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ **1,750,361.32**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ **537,560.17**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ **831.38**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ **44,602.26**

4. **Total liabilities** ...............................................................................................................
   Lines 2 + 3a + 3b $ **582,993.81**

Official Form 206Sum — Summary of Assets and Liabilities for Non-Individuals — page 1
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Case 19-04553-DSC11  Doc 73-5  Filed 08/07/20  Entered 08/07/20 12:57:08  Desc
Case 19-04553-B1  Doc 1  Filed 11/05/19  Entered 11/05/19 15:21:47  Desc Main
Exhibit E    Page 16 of 33
Document    Page 1 of 33