# UNITED STATES BANKRUPTCY COURT
# FOR THE NOTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

In the Matter of:

Walker Machine Tool Solutions, Inc.
Tax ID / EIN: 20-3520899

    Debtor(s)

Case No. 19-04553-DSC-11

Chapter 11

## ORDER AND NOTICE OF HEARING
## ON DISCLOSURE STATEMENT

To the debtor, its creditors and other parties in interest:

    A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by the debtor on **August 7, 2020**, therefore;

    **IT IS ORDERED and notice is hereby given, that:**

    **1.**    The hearing to consider the approval of the disclosure statement shall be held **September 16, 2020, at 9:30 a.m.**

    **2.**    **September 9, 2020** is fixed as the last day for filing and serving in accordance with Fed. R. Bankr. P. 3017(a) written objections to the disclosure statement.

    **3.**    Requests for copies of the disclosure statement and plan shall be mailed to the attorney for the debtor-in-possession: Stuart M Maples, 200 Clinton Avenue W., Suite 1000, Huntsville, AL 35801.

    **4.**    The above referenced hearing to consider the approval of the disclosure statement may be continued from the courtroom at the hearing without further notice to any of the parties named above.

    The hearing will be held via an AT&T call−in number. You can find the call−in number and passcode on the Court's webpage at www.alnb.uscourts.gov. (Each Judge in the District has a specific call−in number. From the homepage, click the "Judges" tab and select the Judge assigned to the case. If you cannot locate the dial−in−number on the website, you may call the Clerk's office at 205−714−4000.) Other cases or matters may be scheduled for telephonic hearing at the same time. Parties should call in five minutes prior to the start of the hearing. Once connected, please mute your phone until your case is called. After your hearing is completed, please hang up to end your call. To avoid disruption, telephonic hearing participants are expected

to call from a quiet location and are not permitted to use a "speaker" function or to place the call on hold (as this may cause music or other noises to play during the hearings of other participants). Participants are encouraged to call from a landline if possible.

   THIS HEARING WILL TAKE PLACE BY TELEPHONE ONLY. DO NOT COME TO THE COURTHOUSE. PLEASE SEE THE COURT'S WEBSITE FOR ADDITIONAL INFORMATION. (www.alnb.uscourts.gov).

   Dated this the 10th day of August 2020.

                 /s/ D. Sims Crawford
                 D. SIMS CRAWFORD
                 United States Bankruptcy Judge

/klt