IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| WALKER MACHINE TOOL | ) | CASE NO. 19-04553-DSC11 |
| SOLUTIONS, INC., | ) | CHAPTER 11 |
| | ) | |
| EIN: XX-XXX0899 | ) | |
| | ) | |
| DEBTOR. | ) | |

**APPLICATION OF PRESTIGE EQUIPMENT, BROKER FOR THE DEBTOR, FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

**PART I. COVER SHEET**

1. Name of Applicant: Prestige Equipment

2. Date Application for Employment was filed: 12/16/2019

3. Date of Order Authorizing Employment: 1/30/2020

4. Professional Services Provided to: Debtor

5. Period for which Compensation is Sought: 1/30/2020 through 7/23/2020

6. Amount of Fees Sought: $12,524.68; Reimbursable Expenses: $0.00

7. This is a *Final Fee Application*.

8. The aggregate amount of fees and expenses approved to date: $0.00

9. The aggregate amount of fees and expenses allowed per the Order dated 1/30/2020 [Doc 39]

10. The 20% allowance to be approved on this application: $2,504.94

11. The aggregate amount of fees and expenses paid to date: $0.00

Dated this the 17th day of August, 2020.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ABS-1974-S69S)

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WALKER MACHINE TOOL ) | CASE NO. 19-04553-DSC11 |
| SOLUTIONS, INC., ) | CHAPTER 11 |
| ) | |
| EIN: XX-XXX0899 ) | |
| ) | |
| DEBTOR. ) | |

## PART II – VERIFICATION OF APPLICATION FOR COMPENSATION AND EXPENSES

The undersigned, having been duly sworn, certifies that Adam Herman is the person signing and certify matters contained within the Final Application for Compensation and Reimbursement for Expenses filed with this Court. All matters set forth in the Application for Compensation are true and correct to the best of his knowledge and belief.

/s/ Adam Herman
ADAM HERMAN
Affiant

SWORN TO AND SUBSCRIBED before me on this the 17th day of August, 2020.

/s/Kristin Pickett
NOTARY PUBLIC
My Commission Expires: 5/19/2021

2

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WALKER MACHINE TOOL ) | CASE NO. 19-04553-DSC11 |
| SOLUTIONS, INC., ) | CHAPTER 11 |
| ) | |
| EIN: XX-XXX0899 ) | |
| ) | |
| DEBTOR. ) | |

## PART III. FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

COMES NOW Adam Herman of Prestige Equipment (hereinafter "Applicant"), as broker for Walker Machine Tool Solutions, Inc., Debtor in Possession ("Debtor"), and says:

1. That Applicant makes this final application for compensation and reimbursement of actual and necessary costs and expenses incurred by it in the course of its representation of the Debtor through July 23, 2020.

2. The Chapter 11 bankruptcy petition for Debtor was filed with this Court on November 5, 2019.

3. This Court entered an order approving the employment of Prestige Equipment as broker for Debtor on January 30, 2020.

4. All services for which compensation is requested by this Applicant were performed for and on behalf of the Debtor and not on behalf of any other person.

5. The results achieved to date have required a substantial expenditure of time, energy and expertise. As a consequence, the Debtor required Applicant's ongoing professional services conducting and negotiating private sales of real and personal property in order to serve its needs in the Chapter 11 proceeding.

3

6. Applicant makes this application under 11 U.S.C. § 330 and 331 of the Bankruptcy Code and seeks allowance of reasonable compensation for the professional services which it has rendered and for reimbursement of the actual necessary expenses which it has incurred in connection herewith.

7. Applicant has rendered services on behalf of Debtor as shown in Exhibit "A". Applicant, therefore, seeks an allowance of final compensation in the amount of $12,524.68 for professional services rendered as counsel for the Debtor and the reimbursement of actual expenses incurred in the amount of $0.00 for representation from January 30, 2020 through July 23, 2020.

8. Professional services required in this matter and described in this application were performed by a broker who possesses experience and skills in the area in which they rendered services. Fees awarded pursuant to this application shall not be shared or divided except as allowed by law.

9. Applicant represents that the allowance for final compensation and reimbursement of expenses required herein is reasonable and fully complies with § 331 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Applicant respectfully requests that it be allowed the sum of $12,524.68 as final compensation for professional services rendered as broker for the Debtor and for reimbursement of actual and necessary expenses incurred in the amount of $0.00 from January 30, 2020 through July 23, 2020, and that it be granted such further and additional relief as this Court may deem just and proper.

Dated August 17, 2020.

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ABS-1974-S69S)

4

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of July, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record, including without limitation the following:

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

20 Largest Unsecured Creditors

All parties requesting notice

      I do hereby certify that on August 17, 2020, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first-class postage prepaid.

Prestige Equipment
c/o Adam Herman
35 Pinelawn Rd., Suite 203W
Melville, New York 11747

                                            */s/ Stuart M. Maples*
                                            STUART M. MAPLES

**WALKER MACHINE TOOL AUCTION STATEMENT**

| | |
|---|---|
| TOTAL HAMMER PRICE (PER LOT REPORT) | $ 138,055.00 |
| LESS: PRESTIGE 10% COMMISSION | $ (13,805.50) |
| LESS: PARTIAL REFUND ON LOT#66 - FARO ARM | $ (5,000.00) |
| LESS: PRESTIGE EXPENSE REIMBURSEMENT | $ (10,000.00) |
| LESS: PAYMENT TO LOCKSMITH | $ (274.00) |
| AUCTION PROCEEDS DUE WALKER | $ 108,975.50 |

NOTE: ACTUAL EXPENSES AS FOLLOWS

| | |
|---|---|
| AUCTION SET UP WITH AUCTION READY | $ 10,525.68 |
| INSPECTION/WRITEUP - GULF COAST MACHINE | $ 1,000.00 |
| AUCTION FLYER/EMAIL BLAST | $ 725.00 |
| PAYMENT TO LOCKSMITH | $ 274.00 |
| | $ 12,524.68 |