IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WALKER MACHINE TOOL ) | CASE NO. 19-04553-DSC11 |
| SOLUTIONS, INC., ) | CHAPTER 11 |
| ) | |
| EIN: XX-XXX0899 ) | |
| ) | |
| DEBTOR. ) | |

## NOTICE OF CHANGE OF MAILING ADDRESS

COMES NOW Walker Machine Tool Solutions, Inc. ("Debtor"), and hereby files this notice of change of address for the mailing of all court documents and correspondence in the above-referenced bankruptcy matter.

**Walker Machine Tool Solutions, Inc.**
**794 Harvest Rd.**
**Harvest, AL 35749**

*/s/ Stuart M. Maples*
STUART M. MAPLES
(ABS-1974-S69S)

MAPLES LAW FIRM, PC
200 Clinton Avenue West, Suite 1000
Huntsville, Alabama 35801
Tel: (256) 489-9779
Fax: (256) 489-9720
smaples@mapleslawfirmpc.com

## CERTIFICATE OF SERVICE

I do hereby certify that on August 18, 2020, a copy of the foregoing document was served on the following by Electronic Case Filing a copy of the same.

J. Thomas Corbett
Bankruptcy Administrator
1800 5th Avenue North
Birmingham, AL 35203

All parties requesting notice through the Court's ECF system

I do hereby certify that on August 18, 2020, a copy of the foregoing document was served on the following by mailing a copy of the same United States Mail, properly addressed and first-class postage prepaid.

All creditors listed on the matrix attached hereto

*/s/ Stuart M. Maples*
STUART M. MAPLES

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-2<br>Case 19-04553-DSC11<br>NORTHERN DISTRICT OF ALABAMA<br>Birmingham<br>Tue Aug 18 09:49:52 CDT 2020 | DCR Mortgage Partners IX, LP<br>c/o Baker Donelson<br>420 20th Street N.<br>Suite 1400<br>Birmingham, AL 35203-3221 | LAH Commercial Real Estate<br>c/o Blake Greeves<br>2850 Cahaba Road, Ste. 200<br>Birmingham, AL 35223-2361 |
| Prestige Equipment<br>Attn: Adam Herman<br>35 Pinelawn Rd Ste 203W<br>Melville, NY 11747-3177 | Walker Machine Tool Solutions, Inc.<br>P.O. Box 339<br>Trinity, AL 35673-0003 | U. S. Bankruptcy Court<br>Robert S. Vance Federal Building<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 |
| Alabama Department of Revenue<br>PO Box 327483<br>Montgomery, AL 36132-7483 | American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 |
| Department of Revenue<br>Jefferson County Courthouse<br>Birmingham AL 35203 | General Counsel<br>State Department of<br>Industrial Relations<br>Montgomery AL 36102 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Joyce White Vance<br>US Attorney General<br>1801 4th Ave North<br>Birmingham, AL 35203-2101 | Loretta Lynch US Attorney General<br>US Dept. of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0009 |
| Luther Strange<br>Alabama Attorney General<br>PO Box 300152<br>Montgomery, AL 36130-0152 | Regions Bank<br>PO Box 12926<br>Birmingham, AL 35202-2926 | Regions Bank<br>PO Box 1994<br>Birmingham, AL 35201-1994 |
| Samual C. Pierce<br>Baker, Donelson, Bearman et al.<br>420 20th Street North<br>Birmingham, AL 35203-5200 | Secretary of the Treasury<br>1500 Pennsylvania Ave., NW<br>Washington, DC 20220-0001 | State of Alabama<br>Department of Revenue Legal Division<br>PO Box 320001<br>Montgomery, AL 36132-0001 |
| State of Alabama Dept of Revenue<br>P O Box 320001<br>Montgomery AL 36132-0001 | U.S. Securities and Exchange Commission<br>Branch of Reorganization<br>950 East Paces Ferry Road Ste 900<br>Atlanta, GA 30326-1382 | United States Attorney<br>Northern District of Alabama<br>1801 Fourth Avenue North<br>Birmingham, AL 35203-2101 |
| J. Thomas Corbett<br>Bankruptcy Administrator<br>1800 5th Avenue North<br>Birmingham, AL 35203-2111 | Jon A Dudeck<br>Bankruptcy Administrator-Bham Office<br>1800 5th Ave N Rm 132<br>Birmingham, AL 35203-2126 | Stuart M Maples<br>Maples Law Firm, PC<br>200 Clinton Avenue W.<br>Suite 1000<br>Huntsville, AL 35801-4919 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>801 Tom Martin Dr<br>Birmingham AL 35211 | (d)Internal Revenue Service<br>P O Box 21126<br>Philadelphia PA 19114 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Express<br>PO Box 650448<br>Dallas, TX 75265-0448 | (d)DCR Mortgage Partners IX, LP<br>c/o Baker Donelson<br>420 20th Street N., Suite 1400<br>Birmingham, AL 35203-3221 | (d)Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| (d)Regions Bank<br>PO Box 12926<br>Birmingham, AL 35202-2926 | End of Label Matrix<br>Mailable recipients   26<br>Bypassed recipients    4<br>Total   30 | |